In The United States District Court
For The Southern District Of West Virginia
Bluefield Division

Plaintiff,                              )
Alonzo Lamar Johnson                    )
                                        )
       v.                               )     Civil Action No. 1:20-CV-00682
                                        )     FTCA
                                        )
Defendant,                              )
Dentist, Anthony Williams               )

WPLA. W. VA. Code §§ 55-7B-1

The above Plaintiff now files this remedy under State Law as to the above Defendant.

It has now come to the Pro'se Plaintiff's attention that Plaintiff has to file his remedy under State Law ~~in State Court~~ and not under federal law (Bivens).

The above Plaintiff requests this Court send him the forms/ application needed to proceed with his remedy against private contractor, Dentist, Anthony Williams, from FCI Mc Dowell.

Plaintiff's other documents have been filed in Federal District Court in the Southern District of West Virginia (Bluefield Division), of which the above has no extra copies.

1

## Due Diligence

The above plaintiff can show Due Diligence by his filings in the Federal District Court "In the United States District Court for the Southern District of West Virginia at Bluefield", at Civil Action No. 1:17-CV-03348.

The above Plaintiff requests this court request all of his documents (1 - 12) be transmitted to this court from the above mentioned Federal Districl Court. The Plaintiff now gives this court consent to do so if this court will.

*Alonzo Lamar Johnson*
Alonzo Lamar Johnson

The Plaintiff has just become aware that his Civil Remedy against the above Defendant can only be brought under State Law (MLPA. W. VA. 55-7B-1) of West Virginia and not Federal Law (Bivens).

The Plaintiff first began to file in Federal Court on July 14, 2017 and then became aware on or about April 14, 2020; and September 30, 2020. See Document 10 and 12 at Civil Acllion No. 1:17-CV-03348.

The Plaintiff did not know of MPLA. W. VA. Code §§ 55-7B-1 or is he knowledgeable of the rules governing West Virginia State Law.

Plaintiff does not have the Defendants, Anthony Williams, address or the forms to send to the Defendant Per Notice of Claim and a Screening Certificate of Merit.

Plaintiff requests this court to allow him to file his remedy/ complaint against private contractor, Dentist, Anthony Williams, under West Virginia State Law (MPLA W. VA. Code §§ 55-7B-1). Plaintiff is Prose and did not know how to proceed in his claim. Plaintiff requests that his claim not be dismissed. See Sumpter V. United States, No. 5:16-CV-08951, 2018 U.S. Dist. LEXIS 79141, 2018

WL 2170505, at * 6(S.D.W. Va. May 10, 2018), (Holding that "dismissal would be too harsh of a remedy" where a Plaintiff failed to comply with the pre-filing requirements of the MPLA, but was acting pro'se and did not present a patently frivolous claim).

The above Plaintiff requests to proceed Informa Paupris (without payment).

The above Plaintiff requests to be appointed counsel.

## Complaint

The Plaintiff avers that Anthony Williams, Dentist, shaved three of his bottom front teeth and also placed some sort of cap on his front top tooth (that cap has fallen off and now top tooth is rotted) which the Plaintiff did not request the shaving of his bottom three front teeth or the placing of the cap on the front top tooth.

The Plaintiff did not sign a consent form for the procedure or was he aware of such actions.

The Plaintiff's mouth was numb so he did not know what was taking place in his mouth. The above found out when he returned back to his cell and looked in a mirror to find that he had a white cap on his front top tooth and that his bottom front three teeth were shaved.

Surely this is inadequate dental care and medical negligence under the MPLA W. Va. Code §§ 55-7B-1 by independent contractor dentist, Anthony Williams.

Plaintiff avers that this is also a violation of his Constitutional Rights (4th, 5th, 8th, 14th Amend. Rights) by independent contractor dentist Anthony Williams.

The Plaintiff requests compensatory and punitive damages in the amount of $300,000, and for dentist, Anthony Williams, be barred from his practice, repremanded, and to apologize to the Plaintiff.

Date: October 8, 2020

/s/ Alonzo Lamar Johnson
Alonzo Lamar Johnson

Alonzo Johnson
21957-039
Federal Correctional Institution
Fort Dix
P.O. 2000
Joint Base, MDL. NJ. 08640

TRENTON NJ 085
9 OCT 2020 PM 6 L

Office of Clerk
United State District Court
Southern District of West Virginia
401 Federal Street Rm. 2303
Bluefield, WV. 24701

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640  10-08-20
The enclosed letter was processed through special mail procedures. This letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material. If the writer encloses correspondence for forwarding to another address or includes unauthorized items, please return to the above address.